IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:17-CR-00174-Y |
| | § | |
| STEVIE LEIGH SOULE | § | |

**DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRE-SENTENCE REPORT**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

**COMES NOW,** STEVIE LEIGH SOULE, by and through her attorney of record, DEBORAH KERNAN, and files this Defendant's Unopposed Motion for Extension of Time To File Objections to Pre-Sentence Report (PSR) and would show the Court as follows:

**I.**

This is a drug case. Pre-sentence report is due no later than January 3, 2018. Due to the holidays, vacation and illness, counsel needs additional time to confer with client and to file objections to the PSR.

**II.**

Defendant and defense counsel request a **two-week** extension on the deadline to file Objections to the PSR.

### III.

**WHEREFORE, PREMISES CONSIDERED,** Counsel for Defendant STEVIE LEIGH SOULE respectfully requests additional time to file Objections to the PSR.

Respectfully Submitted,

/s/ *Deborah Kernan*
**DEBORAH KERNAN**
Texas Bar No. 00787823
601 Jameson Street
Weatherford, Texas 76086
(817) 596-7001
(817) 596-3800 (fax)
ATTORNEY FOR DEFENDANT
STEVIE LEIGH SOULE

### CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with Shawn Smith, Assistant United States Attorney, who does not oppose Defendant's Motion.

/s/ *Deborah Kernan*
**DEBORAH KERNAN**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion for Extension of Time to File Objections to the PSR and has been forwarded to all parties by ECF electronic filing system on the 28th day of December 2017.

/s/ *Deborah Kernan*
**DEBORAH KERNAN**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **NO. 4:17-CR-00174-Y** |
| § | |
| **STEVIE LEIGH SOULE** § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time To File Objections to Pre-Sentence Report. The Court finds that the Motion shall be and is hereby:

_____GRANTED

_____DENIED

It is ORDERED that Defendant and Defense Counsel have an additional two weeks to file Objections to PSR.

It is ORDERED this _____day of _____, 201\_\_\_.

_____
**UNITED STATES DISTRICT JUDGE**